STATE v. DANCY & MOORE

No. 667P82.

Case below: 59 N.C. App. 362.

Petition by defendants for discretionary review under G.S. 7A-31 denied 11 January 1983. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 11 January 1983.

STATE v. EDMONDS

No. 653PA82.

Case below: 59 N.C. App. 359.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 11 January 1983. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 11 January 1983.

STATE v. FREEMAN

No. 623PA82.

Case below: 59 N.C. App. 84.

Petition by defendant and Attorney General for discretionary review under G.S. 7A-31 allowed 11 January 1983.

STATE v. GREER

No. 560PA82.

Case below: 58 N.C. App. 703.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 11 January 1983.

STATE v. HALL

No. 641P82.

Case below: 54 N.C. App. 672.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 11 January 1983.